**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In the Matter of<br><br>CERTAIN CONSUMER ELECTRONICS WITH DISPLAY AND PROCESSING CAPABILITIES | **MISC. CIV. NO. 13-mc-91190**<br><br>**(On Application from International Trade Commission Investigation No. 337-TA-884)** |

**APPLICATION FOR THE ISSUANCE OF A DEPOSITION ORDER UPON RECOMMENDATION FROM THE INTERNATIONAL TRADE COMMISSION**

Applicant Graphics Properties Holdings, Inc. ("GPH"), Complainant in the above-captioned International Trade Commission Investigation, hereby applies for the issuance of an order to take certain depositions in Tokyo, Japan of employees and designees of Toshiba Corporation Respondents ("Toshiba").

GPH attaches hereto, as Exhibit A, Order No. 19 in Investigation No. 884.  Order No. 19 was issued on August 9, 2013 by Administrative Law Judge E. James Gildea and Secretary of the International Trade Commission Lisa R. Barton.  This Order granted the unopposed application for a recommendation to this Court to issue an order/commission requiring depositions of designees of Respondents in Tokyo, Japan.

Pursuant to Exhibit A, GPH respectfully requests that this Court issue an Order substantially in the form of the Proposed Order attached hereto as Exhibit B that the depositions specified therein be taken in Tokyo, Japan.

Dated: August 12, 2013                    Respectfully Submitted,

                                                                  _____
                                                                  Daniel B. Weinger (BBO# 681770)
                                                                  dbweinger@mintz.com
                                                                  Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
                                                                  One Financial Center
                                                                  Boston, MA 02110
                                                                  Phone: (617) 348-1629
                                                                  Fax: (617) 542-2241

                                                                  *Counsel for Complainant Graphics Properties Holdings, Inc.*